L. Eric Loewe
California State Bar No. 203490
Internet Patents Corporation
10850 Gold Center Dr. Suite 250B
Rancho Cordova, CA 95670
(916) 853-1529
(916) 244-0844 (Fax)
EricLoewe@internetpatentscorporation.net

Michael P. Adams*
Texas State Bar No. 00872050
Winstead PC
401 Congress Avenue
Austin, TX 78701
(512) 370-2858
(512) 370-2850 (Fax)
madams@winstead.com

*Pro hac vice application forthcoming

Attorneys for Plaintiff Internet Patents Corporation

FILED
DEC 21 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

C 12 6506 JSC

| | |
|---|---|
| INTERNET PATENTS CORPORATION, f/k/a INSWEB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUINSTREET, INC.,<br><br>Defendants. | No. _____<br><br>RULE 7.1 STATEMENT FOR INTERNET PATENTS CORPORATION<br><br>JURY DEMANDED |

RULE 7.1 STATEMENT FOR INTERNET PATENTS CORPORATION - 1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Internet Patents Corporation f/k/a Insweb Corporation, through its attorneys, submits the following Corporate Disclosure Statement. Internet Patents Corporation has no parent corporation and no publicly held corporation or entity owns 10% or more of its stock.

Dated: December 19, 2012

Respectfully submitted,

By: _____
L. Eric Loewe
California State Bar No. 203490
Internet Patents Corporation
10850 Gold Center Dr. Suite 250B
Rancho Cordova, CA 95670
(916) 853-1529
(916) 244-0844 (Fax)
EricLoewe@internetpatentscorporation.net

Michael P. Adams*
Texas State Bar No. 00872050
Winstead PC
401 Congress Avenue
Austin, TX 78701
(512) 370-2858
(512) 370-2850 (Fax)
madams@winstead.com

*Pro hac vice application forthcoming

**ATTORNEYS FOR PLAINTIFF
INTERNET PATENTS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the forgoing document will be served with the Summons and Original Complaint.

*L. Eric Loewe*